Samuel Lasser (Cal. Bar. No. 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Telephone: 415.212.9300
Facsimile: 415.373.9435

Attorneys for Plaintiffs

Becca Wahlquist (Cal. Bar No. 215948)
bwahlquist@swlaw.com
Marjorie Witter Norman (Cal. Bar No. 250061)
mnorman@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue
Suite 2600
Two California Plaza
Los Angeles, California  90071
Telephone:   213.929.2500
Facsimile:    213.929.2525

Attorneys for Defendant
DIRECTV, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kevin Oliver and Eric Tippetts,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>DIRECTV, LLC,<br><br>       *Defendant*. | Case No. 2:15-cv-4850-JFW-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Kevin Oliver and Eric Tippetts and Defendant DIRECTV, LLC, pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action be dismissed with prejudice as to all claims asserted by Plaintiffs and without prejudice as to all claims asserted by the putative class, with each party to bear its own expenses and attorneys' fees.

Dated: July 9, 2015          EDELSON PC

                             By: */s/ Samuel Lasser*
                                 Samuel Lasser

                             *Attorneys for Plaintiffs*
                             Kevin Oliver and Eric Tippetts

Dated: July 9, 2015          SNELL &WILMER LLP

                             By: */s/ Becca Wahlquist*
                                 Becca Wahlquist

                             *Attorneys for Defendant*
                             DIRECTV, LLC

### Attorney Attestation

I, Becca Wahlquist, am the ECF User whose ID and password are being used to file this JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 9, 2015          SNELL & WILMER L.L.P.

                             By: */s/ Becca Wahlquist*
                                 Becca Wahlquist

## CERTIFICATE OF SERVICE

I, Joan MacNeil, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 2600, Los Angeles, California 90071. On July 9, 2015, I served the within:

**JOINT STIPULATION FOR DISMISSAL**

on the interested parties in this action by electronic mail addressed as follows:

- **Sarah Jean Arendt**
  sarendt@flsalaw.com
- **Jarrett Lee Ellzey , Jr**
  jarrett@hughesellzey.com
- **Zachary Cole Flowerree**
  zflowerree@flsalaw.com
- **William Craft Hughes**
  craft@crafthugheslaw.com
- **Alicia Elaine Hwang**
  ahwang@edelson.com
- **Brandon K Lemley**
  blemley@querrey.com
- **Paul Alan Rettberg**
  prettberg@querrey.com
- **Maureen Ann Salas**
  msalas@flsalaw.com
- **Ari J Scharg**
  ascharg@edelson.com
- **Douglas M Werman**
  dwerman@flsalaw.com

1  ☒  (**BY ELECTRONIC MAIL**) By transmitting such document(s) electronically to the persons at the electronic mail addresses listed above.

2  I declare under penalty of perjury under the laws of the State of California
3  that the foregoing is true and correct and that this declaration was executed on
4  July 9, 2015, at Los Angeles, California.

                                                    /s/ *Joan MacNeil*
                                                    Joan MacNeil